AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:23-mj-061 |
| ALFREDO RIOS JR, | ) | |
| CHRISTIAN JAVIER RIOS MAGANA, and | ) | |
| MARTIN VELAZQUEZ TRUJILLO | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 25, 2023 _____ in the county of _____ Pottawattamie _____ in the

_____ Southern _____ District of _____ Iowa _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statement During the Acquisition of Firearm(s) |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

_____
*Complainant's signature*

Paton T. Lovett, Special Agent, ATF
*Printed name and title*

Date: _____ October 4, 2023:  13:20 _____

_____
*Judge's signature*

City and state: _____ Council Bluffs, Iowa _____

William P. Kelly, U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
1:24 pm, Oct 04 2023

## <u>INTRODUCTION AND OFFICER BACKGROUND</u>

1.      I have been employed by the ATF as a Special Agent since December of 2021. I am assigned to the Omaha Field Office which is in the Kansas City Field Division. I have received training through the Federal Law Enforcement Training Center, (FLETC) located in Glynco, Georgia, to include the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program. I investigate violations of federal criminal statutes, including violations of federal firearms and narcotics laws.

2.      Prior to becoming a Special Agent with ATF, I was a Police Agent with the Lakewood Police Department (LPD) in Lakewood, Colorado for four and a half years. There I received training at the Jefferson County Regional Police Academy. As a Police Agent, I was assigned to the patrol division as well as the West Metro SWAT team. My duties involved responding to calls for service and proactive policing. During my employment with ATF and LPD, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law. I investigated numerous cases of possession of a weapon by a previous convicted felon, possession of a controlled substance with the intent to distribute, and other serious crimes. In conducting my official duties, I have authored affidavits in support of search warrants. My training and experience as a Special Agent, my participation in the investigation of firearm & drug trafficking organizations, my conversations with known traffickers, and my conversations with other law enforcement officials familiar

1



FILED
By: Clerk's Office, Southern District of Iowa
1:24 pm, Oct 04 2023

with firearm & drug trafficking form the basis of my opinions and conclusions set forth below which I drew from the facts set forth herein.

3.      The statements in this affidavit do not contain all known information but rather only those facts believed necessary to establish probable cause for the requested search warrant. I am familiar with the facts and circumstances set forth herein as a result of a review of official reports and records, conversations with other law enforcement officers, and my own training, experience, and investigative efforts, as more fully described below.

## JURISDICTION

4.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## BACKGROUND REGARDING FIREARM TRAFFICKING

5.      As an ATF Special Agent, I have participated in investigations involving the unlawful transfer of firearms. I know that individuals involved in this type of activity are often lawfully permitted to acquire and possess firearms. These investigations are frequently initiated when multiple firearms seized by law enforcement in connection with criminal activity are traced back an individual purchaser(s).

6.     When an individual purchases firearm(s) from a federally licensed firearm dealer (FFL), the individual is required to execute an ATF Form 4473.  The form is the official record that documents the transfer of the purchased firearm(s) from the FFL to the individual. When a purchaser fills out the form, the purchaser must provide personal information and answer a series of question that are designed to determine (1) the identity of the purchaser, (2) if the purchaser is buying the firearm(s) for himself/herself and (3) if the purchaser is prohibited from obtaining and/or possessing the firearm(s). If an individual indicates they are not purchasing the firearm for himself/herself, the FFL is directed to not process the transaction. [1] Likewise, if an individual indicates their history includes a disqualifying event (i.e. a felony conviction, dishonorable discharge, etc.), the FFL is directed to not process the transaction.

7.     In Iowa and Nebraska, once an individual executes an ATF Form 4473, the information is submitted for verification to the National Instant Criminal Background Check System (NICS) if the individual does not possess a firearm purchase permit and/or a concealed weapons permit. If NICS confirms that the person is not prohibited from obtaining and/or possessing the firearm(s), the FFL will finalize the transfer.

8.     I know, based on my training and experience, that individuals who are prohibited from lawfully acquiring or possessing firearms will engage in varying

---

[1]     There is a limited exception for a bona fide gift to a non-restricted third party.  However, the individual selling the firearm must not receive any money, services, or items of value from the purchaser in exchange for the firearm.

practices to obtain firearms. One technique these individuals will frequently utilize are "straw purchasers" to source firearms. Typically, a "straw purchase" involves an unrestricted individual who knowingly acquires firearms and/or ammunition for another. The receiving individual is frequently prohibited by law from possessing those items. "Straw purchasers" are often identified when there is a short time between the original purchase of the firearm and the recovery and/or use of the firearm in connection with criminal activity.[2]  Frequent and repetitive purchases of firearms in a short time frame can also be indicative of "straw purchases" and/or dealing firearms without a license, as can multiple purchases from specific FFLs. Straw purchasers can often be prosecuted pursuant to 18 U.S.C. § 922(a)(6), False Statement During the Acquisition of Firearm(s), for providing a materially false statement as to whether they are the actual transferee/buyer of the firearm(s).

## **PROBABLE CAUSE**

9.    In July 2023, ATF learned that seven (7) firearms and Winchester 20-gauge shotgun ammunition were recovered at the Port of Entry in Presidio, Texas. The investigation was triggered on May 25, 2023, when U.S. Customs and Border Protection (CBP) Officers conducted an outbound inspection of a Ford F450 truck and trailer. A search of the cargo revealed seven (7) firearms concealed in two (2) cardboard boxes:

---

[2]      This period is referred to as the "time to crime" or "TTC".

| MANUFACTURER | MODEL | CAL. | SERIAL # | DATE PURCHASED | TTC |
|---|---|---|---|---|---|
| Diamondback Arms | AR-15 | .556 | DB2446946 | 10/24/2020 | 943 days [3] |
| Chiappa | MP-22 | .22 | 13E71789 | 04/20/2023 [4] | 35 days |
| Walther | Colt Government | .22 | WD067432 | 04/28/2023 | 27 days |
| Heritage Manufacturing | Rough Rider | .22 | 1BH070684 | 05/08/2023 | 17 days |
| Sig Sauer | P322 | .22 | 73A097815 | 05/13/2023 | 12 days |
| Taurus | G2C | 9mm | 1C088415 | 05/16/2023 | 9 days |
| Walther | Colt Government | .22 | WD073046 | 05/20/2023 [5] | 5 days |

10.     Homeland Security Investigations (HSI) Special Agents (SA) assisted with the investigation. It was determined the driver, D.C., worked for a private merchandise transport company that delivered packages to recipients in Mexico. D.C. claimed to not have knowledge of the contents contained within the two (2) cardboard boxes. The boxes were labeled "5082 Escarsega Martin Corona Carrizalez 1/2" and "5082 Escarsega Martin Corona Carrizalez 2/2".  A copy of the manifest indicated the shipper was "Tomas" with a phone number of 712-267-2263. In June 2022, the sender phone number, 712-267-2263, was used by VICTOR ALFONSO MAGANA-AHUMADA (DOB XX/XX/1986) on his DS-82 U.S. Passport Renewal Application for Eligible Individuals.

---

[3] Original purchaser has not been interviewed.
[4] Initially purchased on May 17, 2014, but was re-sold by FFL Cabela's on April 20, 2023.
[5] Initially purchased on October 14, 2022, but was re-sold by FFL BW Outfitters on May 20, 2023.

11.    The recovered firearms were concealed in Intertape Polymer Group 181A-P and 181B-FX aluminum foil tape. Additional layers of tape and paper were underneath the foil tape. A latent print forensic examination was conducted on the firearm wrappings. Of the thirty-six (36) latent fingerprints that were located, twenty-one (21) were attributable to MAGANA-AHUMADA.

12.    HSI Agents learned the involved packages were dropped off to a shipping company employee in Omaha, Nebraska. Screenshots of WhatsApp messages between MAGANA-AHUMADA and the employee were provided to HSI Agents. A review of the messages indicated MAGANA-AHUMADA had sent a prior shipment to Escarsega [Mexico] on or about October 31, 2022. MAGANA-AHUMADA inquired about the status of the shipment as well as future shipment dates. On April 30, 2023, MAGANA-AHUMADA inquired about another possible shipment date. He was advised it would be in the middle of May and to check back on May 11, 2023. On May 11, 2023, MAGANA-AHUMADA inquired about the shipment dates. He was advised the shipment would occur on May 22, 2023. On May 21, 2023, MAGANA-AHUMADA coordinated the delivery of the packages to the shipping company. Later that day, at approximately 11:01 a.m., MAGANA-AHUMADA indicated he was at the employee's location.

13.    On July 25, 2023, a photo array, containing MAGANA-AHUMADA, was shown to the employee who received the involved packages. The employee positively identified MAGANA-AHUMADA as the male that dropped of the involved packages.

14.    An analysis of the purchased firearms showed the majority were of the same caliber. Two (2) of the firearms were of the identical make and model. This information is significant because, based on my training and experience, I know it is a common practice for individuals who engage in "straw purchases/firearms trafficking" to obtain multiple firearms of the same make, model, and/or caliber due to the high demand for such in secondary markets.

15.    ATF Agents reviewed firearm trace summaries for the recovered firearms. It was learned the following individuals purchased the recovered firearms:

    a. MAGANA-AHUMADA

        i. Walther, Colt Government, .22 caliber pistol – FFL BW Outfitters in Denison, Iowa

        ii. Sig Sauer, P322, .22 caliber pistol – FFL Brothers In Arms in Sioux City, Iowa

    b. MARTIN VELAZQUEZ TRUJILLO (DOB XX/XX/1975)

        i. Walther, Colt Government, .22 caliber pistol – FFL BW Outfitters in Denison, Iowa

    c. ALFREDO RIOS JR (DOB XX/XX/1996)

        i. Chiappa, M9-22, .22 caliber pistol – FFL Cabela's in La Vista, Nebraska

        ii. Taurus, G2C, 9mm pistol – FFL Metro Pawn and Loan in Council Bluffs, Iowa

    d. CHRISTIAN JAVIER RIOS MAGANA (DOB XX/XX/2001)

       i.  Heritage Manufacturing, Rough Rider, .22 caliber revolver – FFL Cabela's in La Vista, Nebraska

    e.  E.M.G.

       i.  Diamondback Arms, AR-15, .556 rifle– FFL BW Outfitters in Denison, Iowa

<u>MAGANA-AHUMADA</u>

16.    Agents reviewed ATF Form 4473s for firearms purchased by MAGANA-AHUMADA. MAGANA-AHUMADA provided his current residence as 1228 North 20th Street, Denison, Iowa. On both ATF forms, MAGANA-AHUMADA answered question 21a in the affirmative that he was the actual transferee/buyer of the firearm. Agents also learned MAGANA-AHUMADA purchased a Glock, model 44, .22 caliber pistol on October 22, 2022. Agents took note as this purchase involved a .22 caliber pistol and occurred nine (9) days prior to a separate suspected shipment intended for Escarsega.

17.    MAGANA-AHUMADA is the owner of three (3) currently registered vehicles at 1228 North 20th Street, Denison, Iowa. Additionally, the address listed on his Iowa driver's license is 1228 North 20th Street, Denison, Iowa. Fixed surveillance was established at 1228 North 20th Street.  MAGANA-AHUMADA nor his vehicles have been observed during periodic checks since August 30, 2023. Prior to August 30, 2023, agents conducted short term surveillance for MAGANA-AHUMADA and his vehicles at the address, but MAGANA-AHUMADA nor the vehicles were observed. A check of Denison Municipal Utilities (DMU) [electric, water, sewer], revealed that

MAGANA-AHUMADA was not the account holder for services at 1228 North 20th Street nor did he have any DMU accounts.

## VELAZQUEZ TRUJILLO

18.     Agents reviewed the ATF Form 4473 for the firearm purchased by VELAZQUEZ TRUJILLO. VELAZQUEZ TRUJILLO provided his current residence as 1202 South Main Street, Denison, Iowa. On the ATF form, VELAZQUEZ TRUJILLO answered question 21a in the affirmative that he was the actual transferee/buyer of the firearm. Information obtained in response to a grand jury subpoena revealed he also purchased two (2) boxes of .22 caliber ammunition and provided his phone number as 712-269-3551. Agents also learned VELAZQUEZ TRUJILLO purchased a Tristar, Cobra III, 20 gauge shotgun as well as Brenneke 20 gauge shotgun ammunition on December 02, 2022. Agents took note as this purchase involved a 20 gauge shotgun – the same caliber as the shotgun shells recovered on May 25, 2023.

19.     A check of DMU, revealed VELAZQUEZ TRUJILLO was one of the account holders for services at 1202 South Main Street, Denison, Iowa. The address listed on his Iowa driver's license is 1202 South Main Street, Denison, Iowa. VELAZQUEZ TRUJILLO is the registered owner of five (5) vehicles at 1202 South Main Street, Denison, Iowa. A review of Crawford County Assessor's records revealed VELAZQUEZ TRUJILLO was one of the deed holders for 1202 South Main Street.

<u>RIOS</u>

20.    On August 03, 2021, RIOS was issued a Nebraska driver's license. His listed residence was 3606 Lake Forest Drive #6, Omaha, Nebraska. Additionally, RIOS had three (3) vehicles registered to the same address. Of note, one vehicle was registered on May 12, 2023 to 3606 Lake Forest Drive #6. Information obtained in response to a grand jury subpoena revealed RIOS provided his phone number to the apartment complex as 402-594-3351. Additionally, on January 24, 2023, RIOS provided a 30 day notice to the apartment complex indicating a move out date of February 28, 2023. On February 21, 2023, RIOS completed a Change of Address with the United States Postal Service for 13742 Cherokee Lane, Council Bluffs, Iowa. Additionally, a review of USPS deliveries to 13742 Cherokee Lane showed one (1) parcel delivery in July 2023 for RIOS.

21.    Agents reviewed the ATF Form 4473 for the April 20, 2023 firearm purchase. RIOS provided his current residence as 3606 Lake Forest Drive #6, Omaha, Nebraska. On May 11, 2023, RIOS was issued an Iowa driver's license. For the May 16, 2023 firearm purchase, RIOS provided his current residence as 13742 Cherokee Lane, Council Bluffs, Iowa on the ATF Form 4473. On both ATF forms, RIOS answered question 21a in the affirmative that he was the actual transferee/buyer of the firearm. A review of surveillance video obtained from Metro Pawn and Loan showed RIOS utilizing his cell phone throughout his time in the store. Specifically, RIOS appears to utilize his cell phone to take three (3) photographs of firearms in one of the glass cases as well as send text messages.

RIOS MAGANA

22.     On May 02, 2022, RIOS MAGANA was issued a Nebraska driver's license. His listed residence was 3606 Lake Forest Drive #6, Omaha, Nebraska. Additionally, RIOS MAGANA has one (1) vehicle registered to that address.  Of note, this vehicle, a 2011 maroon Chrysler 300 bearing Nebraska license plate WPP 922, is co-owned with RIOS. Information obtained in response to a grand jury subpoena revealed RIOS MAGANA, as well as RIOS, were sent a "Notice of Debt Owed – 30 Day Notice of Debt Sent to Collections" document from the apartment complex on March 02, 2023 to 13742 Cherokee Lane, Council Bluffs, Iowa for past due rent.

23.     On May 06, 2023, RIOS MAGANA completed an ATF Form 4473 for a Taurus, model G3, 9mm pistol, SN: ABE565101 at Cabela's in La Vista, Nebraska. On the form, RIOS MAGANA answered question 21a in the affirmative that he was the actual transferee/buyer of the firearm. RIOS MAGANA provided his current residence as 13742 Cherokee Lane, Council Bluffs, Iowa 51503. The sale was not completed, and the form was voided. Cabela's General Sales Manager explained the ATF Form 4473 was likely voided due to RIOS MAGANA listing his residence as being out of state; therefore, Cabela's could not lawfully sell the pistol.

24.     On May 08, 2023, RIOS MAGANA completed an ATF Form 4473 for two (2) firearms: Heritage Manufacturing, model Rough Rider, .22 caliber revolver, SN: 1BH070684 and Taurus, model G3, 9mm pistol, SN: ABE565101. This is the same Taurus pistol RIOS MAGANA attempted to purchase on May 06, 2023. RIOS MAGANA now provided his current residence as 3606 Lake Forest Drive #6, Omaha,

Nebraska 68164. RIOS MAGANA utilized his Nebraska driver's license (H14091132) as well as his Nebraska Firearm Purchase Certificate #215818. The form indicated the Nebraska Firearm Purchase Certificate was issued on May 26, 2022, with an expiration on May 26, 2025.

25.     Agents have observed the 2011 maroon Chrysler 300 at the 13742 Cherokee Lane address on multiple occasions. Specifically, on August 30, 2023, SA Lee observed the 2011 maroon Chrysler 300 arrive at 13742 Cherokee Lane. It left shortly after arriving and SA Lee surveilled the vehicle. SA Lee observed the sole occupant/driver as RIOS MAGANA. RIOS MAGANA returned to 13742 Cherokee Lane. Additionally, a review of USPS deliveries to 13742 Cherokee Lane showed three (3) parcel deliveries in July 2023 to RIOS MAGANA.

### Cell Phone Record Analysis

26.     Grand jury subpoenas were previously served to Verizon for the following phone numbers:

    a.  712-267-2263 – MAGANA-AHUMADA

    b.  402-594-3351 – RIOS

        i.  Verizon records revealed RIOS was the account holder for 402-594-3351.

### April 20, 2023 – Chiappa M9-22 purchase by RIOS

27.     Information obtained in response to a grand jury subpoena revealed RIOS purchased the Chiappa, model M9-22, .22 caliber pistol from Cabela's at approximately 2:40 p.m. on April 20, 2023. Verizon records revealed 712-267-2263

(MAGANA-AHUMADA) called 402-594-3351 (RIOS) on April 21, 2023 at approximately 12:11 p.m. and 6:00 p.m.

April 28, 2023 – Walther Colt Government Purchase by MAGANA-AHUMADA

28.     Information obtained in response to a grand jury subpoena revealed MAGANA-AHUMADA completed a background check for the Walther, model Colt Government, .22 caliber pistol from BW Outfitters at approximately 5:51 p.m. on April 28, 2023. Verizon records revealed 712-267-2263 (MAGANA-AHUMADA) called 402-594-3351 (RIOS) on April 28, 2023 at approximately 1:47 p.m. and 5:16 p.m.

May 06, 2023 – Taurus G3 Attempted Purchase by RIOS MAGANA

29.     Verizon records revealed 712-267-2263 (MAGANA-AHUMADA) called 402-594-3351 (RIOS) on May 06, 2023 at approximately 11:01 a.m. and 11:18 a.m.

May 08, 2023 – Taurus G3 and Heritage Rough Rider Purchase by RIOS MAGANA

30.     Information obtained in response to a grand jury subpoena revealed RIOS MAGANA purchased the Taurus, model G3, 9mm pistol and Heritage Manufacturing, model Rough Rider, .22 caliber revolver from Cabela's at approximately 6:06 p.m. on May 08, 2023. Verizon records revealed 402-594-3351 (RIOS) received a call from 402-699-7171 at approximately 7:59 p.m. and 8:45 p.m. At approximately 9:00 p.m., 402-594-3351 called 402-699-7171. At approximately 9:02 p.m., 402-594-3351 received a call from 402-699-7171. On May 09, 2023, at approximately 4:38 p.m., 402-594-3351 received a call from 402-699-7171. Of note, this call lasted 14 minutes and 20 seconds. Verizon records revealed 402-699-7171

was another number on RIOS' Verizon account. Open source records showed RIOS MAGANA was associated with 402-699-7171.

### May 11, 2023 – MAGANA-AHUMADA – Package shipment inquiry

31.    On May 11, 2023, from approximately 8:14 a.m. until 8:21 a.m., MAGANA-AHUMADA communicated with an employee from the shipping company. MAGANA-AHUMADA learned the shipment would occur on May 22, 2023 and was provided with the drop off address in Omaha, Nebraska. Verizon records revealed 712-267-2263 (MAGANA-AHUMADA) called 402-594-3351 (RIOS) at approximately 9:34 a.m. This call lasted approximately 10 minutes and 53 seconds. At approximately 3:39 p.m., 402-594-3351 called 712-267-2263. At approximately 3:42 p.m., 712-267-2263 called 402-594-3351. This call lasted approximately 6 minutes and 47 seconds.

### May 13, 2023 – Sig Sauer purchase by MAGANA-AHUMADA

32.    On May 13, 2023, at approximately 9:59 a.m., Verizon records showed 402-699-7171 placed a call to 402-594-3351 (RIOS). At approximately 10:16 a.m., 11:30 a.m., and 12:19 p.m., 402-594-3351 called 402-699-7171.

33.    At approximately 1:11 p.m., MAGANA-AHUMADA purchased a Sig Sauer, P322, .22 caliber pistol. At approximately 7:45 p.m., 712-267-2263 (MAGANA-AHUMADA) called 402-594-3351. This call lasted approximately 9 minutes and 11 seconds.

<u>May 16, 2023 – Taurus G2C purchase by RIOS</u>

34.     Verizon records revealed 402-594-3351 (RIOS) called 712-267-2263 (MAGANA-AHUMADA) at approximately 5:19 p.m. This call lasted approximately 11 minutes 46 seconds. At approximately 5:55 p.m., RIOS completed a background check for the firearm purchase.

<u>May 20, 2023 – Walther Colt Government Purchase by VELAZQUEZ TRUJILLO</u>

35.     Verizon records revealed 712-267-2263 (MAGANA-AHUMADA) called 402-594-3351 (RIOS) at approximately 1:01 p.m. and lasted approximately 4 minutes and 26 seconds. At approximately 2:24 p.m. and 2:30 p.m., 402-594-3351 called 712-267-2263 which lasted 2 minutes and 56 seconds and 2 minutes and 43 seconds, respectively.

36.     On September 27, 2023, United States Magistrate Judge Ronald C. Griffin in the Western District of Texas approved a criminal complaint and issued an arrest warrant for MAGANA-AHUMADA, 18 U.S.C. § 554.

37.     On September 28, 2023, MAGANA-AHUMADA was arrested on the above complaint/arrest warrant. Post-*Miranda*, MAGANA-AHUMADA admitted he made two (2) shipments of firearms through the same shipping company. The first shipment occurred sometime in October of 2022. This shipment contained a Glock .22 caliber pistol and a Glock 9mm pistol, which he had previously purchased from different FFLs. One of the FFLs was BW Outfitters in Denison, Iowa. Agents previously learned MAGANA-AHUMADA purchased a Glock, model 44, .22 caliber

pistol on October 22, 2022 from BW Outfitters. MAGANA-AHUMADA packaged the firearms in a similar fashion as the seized shipment on May 25, 2023.

38.     The second shipment occurred in May [May 21, 2023]. He packaged four (4) firearms consisting of three (3) .22 caliber pistols and one (1) rifle. MAGANA-AHUMADA admitted he purchased two (2) of the three (3) .22 caliber pistols from FFLs. He purchased the rifle for approximately $300.00 from an unknown Hispanic male on the same date [May 13, 2013] he purchased one (1) of the .22 caliber pistols in Sioux City, Iowa. MAGANA-AHUMADA randomly met the unknown Hispanic male in the parking lot of the FFL [Brothers In Arms].

39.     He explained two (2) of the .22 caliber pistols were identical [Walther Colt Government .22 caliber pistols]. His friend, VELAZQUEZ-TRUJILLO, first purchased one of the .22 caliber Walther Colt Government pistols. MAGANA-AHUMADA saw the pistol and he liked it, so he decided to also purchase a Walther Colt Government pistol. However, MAGANA-AHUMADA claimed he received the Walther Colt Government .22 caliber pistol from VELAZQUEZ-TRUJILLO as a gift because they are good friends. He initially claimed he received the pistol from VELAZQUEZ-TRUJILLO approximately three (3) weeks prior to shipping the firearms. Agents explained to MAGANA-AHUMADA that he had purchased the Walther Colt Government .22 caliber pistol prior to VELAZQUEZ-TRUJILLO making his purchase. MAGANA-AHUMADA agreed with agents after hearing this information. Agents also explained that VELAZQUEZ-TRUJILLO purchased the Walther Colt Government .22 caliber pistol the day prior to MAGANA-AHUMADA

16

dropping of the box of firearms to the shipping company. MAGANA-AHUMADA still thought he had received the firearm three (3) weeks prior but knew VELAZQUEZ-TRUJILLO purchased the firearm on a Saturday as this is the only day they do not work. A review of the ATF Form 4473 for the Walther Colt Government .22 caliber pistol purchased by VELAZQUEZ-TRUJILLO revealed the purchase occurred on Saturday, May 20, 2023.

40.     MAGANA-AHUMADA admitted he knew it was illegal to ship firearms across the United States/Mexico border. He added that it is easier to purchase a firearm in the United States compared to Mexico. He explained both shipments were addressed to his friend, Martin Corona, in Campeche [Mexico]. According to MAGANA-AHUMADA, Martin Corona is not a United States Citizen but is a citizen of Mexico. Martin Corona holds onto the firearms until MAGANA-AHUMADA travels to Mexico. Once in Mexico, MAGANA-AHUMADA takes possession of the firearms and stores them at his residence in Mexico. Currently, the two (2) firearms from the shipment in October 2022, are with MAGANA-AHUMADA's parents, who are also citizens of Mexico.

41.     When asked about the three (3) other firearms located in the May 25, 2023 seizure, MAGANA-AHUMADA explained they belonged to his nephew, ALFREDO RIOS. MAGANA-AHUMADA did not know where RIOS obtained the firearms. Agents explained they firearms were all similarly packaged. MAGANA-AHUMADA explained RIOS learned how to package the firearms from MAGANA-AHUMADA's shipment in October 2022. MAGANA-AHUMADA denied helping RIOS

17

package the firearms. He did admit that RIOS and he purchased the tape used to package the firearms from the same Menard's home improvement store in Council Bluffs, Iowa. MAGANA-AHUMADA and RIOS met at the shipping location in Omaha, Nebraska at the same time to transfer the boxes of firearms.

42.    MAGANA-AHUMADA denied asking anyone to purchase firearms on his behalf. He also denied that he purchased any firearms on the behalf of someone else.

43.    On September 27, 2023, United States Chief Magistrate Judge Helen C. Adams in the Southern District of Iowa approved and issued a search warrant for 13742 Cherokee Lane, Council Bluffs, Iowa 51503.

44.    On October 03, 2023, ATF Agents served the federal search warrant at 13742 Cherokee Lane, Council Bluffs, Iowa 51503. The closet in a bedroom belonging to RIOS contained a firearm case for a Walther, model Colt Government, .22 caliber pistol, SN: WD073406.  Inside the case, was the original receipt for that firearm dated October 14, 2022. This is the same firearm that was purchased by VELAZQUEZ-TRUJILLO and subsequently seized on May 25, 2023. In a wallet containing RIOS' Iowa driver's license and several financial cards, the following items were located:

     a.  Cabela's receipt for the Chiappa, model M9-2, .22 caliber pistol, SN: 13E71789;

     b.  Metro Pawn and Loan receipt for the Taurus, model G2C, 9mm pistol, SN: 1C088415;

    c. State of Nebraska Firearm Purchase Certificate dated April 20, 2023 for Alfredo RIOS Jr.  The associated address was 3606 Lake Forest Drive #6, Omaha, Nebraska 68164.

45.    RIOS was one of the occupants in the residence. Post-*Miranda*, RIOS identified his bedroom as the same room where his wallet was located and that he had been staying at the residence for approximately one (1) year.  His brother, RIOS MAGANA, has been staying at the residence for approximately one to two (1 – 2) months.  RIOS previously lived at "3606 Lake Forest Drive #5" with his ex-significant other, S.C.

46.    RIOS admitted he had purchased "two or three" firearms over one (1) year prior. RIOS said he had purchased "twenty-two calibers" as well as a 9mm Smith and Wesson pistol. When asked about the .22 caliber firearms, he claimed he purchased one (1) .22 caliber revolver.

47.    RIOS said he gave some of the firearms away and he had also lost some of the firearms when he moved to 13742 Cherokee Lane. RIOS claimed he gave the revolver to his uncle as a gift. RIOS would not identify his uncle.

48.    Mail addressed to RIOS MAGANA with a partial visible address of "3606 Lak" was located in the kitchen. The envelope contained a USPS yellow "NOTIFY SENDER OF NEW ADDRESS" sticker with the address 13742 Cherokee Lane, Council Bluffs, Iowa 51503. Mail addressed to RIOS at that address was also located.

49.     On September 27, 2023, United States Chief Magistrate Judge Kelly K.E. Mahoney in the Northern District of Iowa approved and issued a search warrant for 1202 South Main Street, Denison, Iowa 51442.

50.     On October 03, 2023, ATF Agents served the federal search warrant at 1202 South Main Street, Denison, Iowa 51442. VELAZQUEZ-TRUJILLO was not home at the time; however, was contacted by phone and he agreed to meet agents at his residence.

51.     During a consensual contact, VELAZQUEZ-TRUJILLO was asked about the Walther, Colt Government, .22 caliber pistol he had purchased. VELAZQUEZ-TRUJILLO stated he bought it a couple months prior but had given it to his cousin, H.I., for target practice. VELAZQUEZ-TRUJILLO could not recall the time frame between the purchase and the transfer of the firearm. VELAZQUEZ-TRUJILLO knew MAGANA-AHUMADA from growing up in the same area of Mexico. They also work for the same company and used to work at a similar job site. VELAZQUEZ-TRUJILLO claimed he had not spoken to MAGANA-AHUMADA in a long time. VELAZQUEZ-TRUJILLO denied selling or giving the firearm directly to MAGANA-AHUMADA and reiterated he had given the firearm to H.I. VELAZQUEZ-TRUJILLO was asked how the firearm could be purchased by VELAZQUEZ-TRUJILLO and shipped by MAGANA-AHUMADA the next day, less than 24 hours apart. VELAZQUEZ-TRUJILLO shook his head and stated he assumed H.I. still had the pistol.

52.     All of the firearms seized on May 25, 2023 were not manufactured in the states of Iowa or Nebraska.

53.     Based on the aforementioned facts, I hereby submit that there is probable cause to believe that the defendants committed the offense of False Statement During the Acquisition of Firearm(s) in violation of 18 U.S.C. § 922(a)(6). I swear the information contained in this affidavit is true and correct to the best of my knowledge, information, and belief.

DATED this 4th day of October, 2023.

SA PATON LOVETT
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

SUBSCRIBED and SWORN BEFORE ME by telephone or other reliable electronic means:

William P. Kelly
United States Magistrate Judge