**RECEIVED**

OCT 2 5 2023

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:23-cr-061 |
| v. | INDICTMENT |
| ALFREDO RIOS JR., | T. 18 U.S.C. § 922(a)(6) |
| CHRISTIAN JAVIER RIOS MAGANA, | T. 18 U.S.C. § 924(a)(2) |
| MARTIN VELAZQUEZ TRUJILLO, and | T. 18 U.S.C. § 371 |
| VICTOR ALFONSO MAGANA-AHUMADA, | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (False Statement During Purchase of a Firearm)

On or about May 16, 2023, in the Southern District of Iowa, the defendant, ALFREDO RIOS JR, in connection with the acquisition of a firearm, namely: a Taurus G2C 9mm caliber pistol with serial number 1C088415, from Metro Pawn and Loan, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of acquisition of said firearm. Specifically, the defendant falsely represented on ATF Form 4473, Question 21(a), that the defendant was the actual transferee/buyer of the firearm.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Conspiracy to Provide False Statements During the Purchase of a Firearm)**

### THE CONSPIRACY AND ITS OBJECTS

From on or about October 1, 2022 and continuing thereafter until on or about May 25, 2023, in the Southern District of Iowa and elsewhere, the defendants, ALFREDO RIOS JR., CHRISTIAN JAVIER RIOS MAGANA, MARTIN VELAZQUEZ TRUJILLO, and VICTOR ALFONSO MAGANA-AHUMADA knowingly combined, conspired, confederated, and agreed with each other and others, known and unknown to the grand jury, in connection with the acquisition of a firearm from a licensed dealer, to knowingly make false statements intended and likely to deceive such dealer, with respect to any fact material to the lawfulness of the sale of such firearm, in violation of Title 18, United States Code, Section 922(a)(6).

### MANNER AND MEANS OF THE CONSPIRACY

The purpose of the conspiracy was to evade federal firearm laws governing the sale of firearms.

The ways, manner, and means by which the members of the conspiracy accomplished the conspiracy included the following:

1.  It was part of the conspiracy that members of the conspiracy asked other members of the conspiracy to purchase firearms on their behalf.

2.   It was further part of the conspiracy that members of the conspiracy specified what firearms to purchase.

3.   It was further part of the conspiracy that members of the conspiracy provided false information in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 applications to purchase firearms.

## OVERT ACTS

In furtherance of the conspiracy and to affect the objects of the conspiracy, the defendants and their conspirators committed overt acts in the Southern District of Iowa and elsewhere, including, but not limited to, the following:

4.   On or about April 20, 2023, the defendant, ALFREDO RIOS JR, purchased a Chiappa M9-22 .22 caliber pistol with serial number 13E71789, from Cabela's, a licensed dealer of firearms.

5.   On or about May 16, 2023, the defendant, ALFREDO RIOS JR, purchased a Taurus G2C 9mm caliber pistol with serial number 1C088415, from Metro Pawn and Loan, a licensed dealer of firearms.

6.   When purchasing the firearms, the defendant, ALFREDO RIOS JR, answered yes to the question "Are you the actual transferee/buyer of the firearm(s) listed on this form?".

7.  After completing the paperwork and purchase of the Chiappa M9-22 .22 caliber pistol with serial number 13E71789, the defendant, ALFREDO RIOS JR, provided the firearm to the defendant, VICTOR MAGANA-AHUMADA.

8.  After completing the paperwork and purchase of the Taurus G2C 9mm caliber pistol with serial number 1C088415, the defendant, ALFREDO RIOS JR, provided the firearm to the defendant, VICTOR MAGANA-AHUMADA.

9.  On or about May 8, 2023, the defendant, CHRISTIAN JAVIER RIOS MAGANA, purchased a Heritage Manufacturing, Rough Rider .22 caliber pistol with serial number 1BH070684, from Cabela's, a licensed dealer of firearms.

10. When purchasing the firearm, the defendant, CHRISTIAN JAVIER RIOS MAGANA, answered yes to the question "Are you the actual transferee/buyer of the firearm(s) listed on this form?".

11. After completing the paperwork and purchase of the Heritage Manufacturing, Rough Rider .22 caliber pistol with serial number 1BH070684, the defendant, CHRISTIAN JAVIER RIOS MAGANA, provided the firearm to the defendant, VICTOR MAGANA-AHUMADA.

12. On or about May 20, 2023, the defendant, MARTIN VELAZQUEZ TRUJILLO, purchased a Walther, Colt Government .22 caliber pistol with serial number WD073046, from BW Outfitters, a licensed dealer of firearms.

4

13. When purchasing the firearm, the defendant, MARTIN VELAZQUEZ TRUJILLO, answered yes to the question "Are you the actual transferee/buyer of the firearm(s) listed on this form?".

14. After completing the paperwork and purchase of the Walther, Colt Government .22 caliber pistol with serial number WD073046, MARTIN VELAZQUEZ TRUJILLO, provided the firearm to the defendant, VICTOR MAGANA-AHUMADA.

15. On or about April 28, 2023, the defendant, VICTOR ALFONSO MAGANA-AHUMADA, purchased a Walther, Colt Government .22 caliber pistol with serial number WD067432 from BW Outfitters, a licensed dealer of firearms.

16. When purchasing the firearm, the defendant, VICTOR ALFONSO MAGANA-AHUMADA, answered yes to the question "Are you the actual transferee/buyer of the firearm(s) listed on this form?".

17. After completing the paperwork and purchase of the Walther, Colt Government .22 caliber pistol with serial number WD067432, the defendant, VICTOR MAGANA-AHUMADA, shipped the firearm to Mexico.

18. On or about MAY 13, 2023, the defendant, VICTOR ALFONSO MAGANA-AHUMADA, purchased a Sig Sauer .22 caliber pistol with serial number 73A097815 from Brothers in Arms, a licensed dealer of firearms.

19. When purchasing the firearm the defendant, VICTOR ALFONSO MAGANA-AHUMADA, answered yes to the question "Are you the actual transferee/buyer of the firearm(s) listed on this form?".

20. After completing the paperwork and purchase of the Sig Sauer .22 caliber pistol with serial number 73A097815, the defendant, VICTOR MAGANA-AHUMADA, shipped the firearm to Mexico.

21. On or about May 21, 2023, the defendants, VICTOR MAGANA-AHUMADA and ALFREDO RIOS JR, transported and delivered the above-described firearms to a commercial shipping company in Omaha, Nebraska for transport to Mexico.

This is a violation of Title 18, United States Code, Section 371.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: 

Corey Rothrock
Assistant United States Attorney

6